

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Robert Seager,                                    * From the 35th District Court
                                                    of Brown County,
                                                    Trial Court No. CV2102049.

Vs. No. 11-23-00243-CV                            * February 13, 2025

Robert Lynn Fry,                                  * Opinion by Trotter, J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the portion of the trial court's judgment awarding Robert Lynn Fry attorney's fees and render judgment that Robert Lynn Fry take nothing on his claim for attorney's fees under the Uniform Declaratory Judgments Act. We affirm the trial court's judgment in all other respects. The costs incurred by reason of this appeal are taxed 50% against Robert Seager and 50% against Robert Lynn Fry.